**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bekir VURAL, Defendant—Appellant.**

United States of America,
Plaintiff—Appellee,

v.

Bekir Vural, Defendant—Appellant.

Nos. 07–6287, 07–6709.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2007.

Decided: Sept. 7, 2007.

Bekir Vural, Appellant Pro Se. Charles Philip Rosenberg, United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Bekir Vural appeals the district court's orders denying his Fed.R.Civ.P. 60(b) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders of the district court. *See United States v. Vural,* No. 1:90–cr–00139–AVB (E.D. Va. filed Jan. 31, 2007 & entered Feb. 2, 2007; filed & entered Apr. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*